QUALITY FACTORIES, INC., v. THE LUCE FURNITURE SHOPS and THE LUCE FURNITURE COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal,

upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.